628

 Argued
April 14, 1982. Maurice A. Nernberg, Jr., submitted a brief
on behalf of appellant; Edward I. Goldberg, for Robinson,
appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

Orders afirmed.

450 A.2d 214

Hanczar, etc., Appellants v. St. Peter & Paul Church.

 Argued April 14, 1982.
John F. Cambest, for appellants; John A. Metz, Jr., for
appellees.

Before HESTER, JOHNSON and POPOVICH, JJ.

Order affirmed.

450 A.2d 214

Johnson v. Johnson, Appellant.

 Submitted January 27, 1981. Richard F. Stevens, for
appellant; Joel M. Scheer, for appellee.

Before CAVANAUGH, JOHNSON and LIPEZ, JJ.

Order affirmed.